FILED
CLERK, U.S. DISTRICT COURT

NOV - 5 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: MJ 21-5087 |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| CRISTOBAL COLON-ARREOLA, ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **District of Arizona** for alleged violation(s) of the terms and conditions of (his)/her [probation] [(supervised release)]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **multiple prior removals, undocumented status,**

1  _ongoing substance abuse, ties to Mexico,_
2  _unemployed_
3
4  and/or
5  B.  (✓) The defendant has not met (his)/her burden of establishing by
6  clear and convincing evidence that (he)/she is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c). This finding is based
9  on: _multiple DUIs, lengthy criminal history, battery_
10  _against police officer, multiple convictions_
11
12
13
14  IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated: **Nov. 5, 2021**           _/s/ Jean Rosenbluth_
                                      JEAN ROSENBLUTH
18                                    U.S. MAGISTRATE JUDGE

2